## 62217. WALKER v. WALKER.

SHULMAN, Presiding Judge.
This appeal is from an order granting a motion by the appellee-plaintiff to strike a counterclaim filed by the appellant-defendant. Appellee's original complaint against the appellant is still pending. "There has been no express determination or direction as to the finality of the order as is provided for by Code Ann. § 81A-154 (b). Nor did the trial judge enter a certificate under the provisions of Code Ann. § 6-701 (a) 2. Hence, the appeal is

premature and must be dismissed." *Middleton v. State Farm Life Ins. Co.*, 143 Ga. App. 176, 177 (237 SE2d 684).

*Appeal dismissed. Birdsong and Sognier, JJ., concur.*

DECIDED SEPTEMBER 16, 1981.

*Jerry M. Daniel,* for appellant.
*H. William Sams, Jr.,* for appellee.